UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALFRED SCHAER,

    Plaintiff,

v.                                                 CASE NO: 8:14-cv-49-T-26TGW

DUNN & PHILLIPS, LLC, and
RYAN STERN,

    Defendants.
_____/

**O R D E R**

Pending before the Court for resolution is the Plaintiff's opposed Motion for Reconsideration in which he seeks an order from this Court receding from the Court's previous order entered February 13, 2014, at docket 7, denying his motion to remand this case to state court. After careful review, the Court denies the motion, thus obviating the need for a response from the Defendant Dunn & Phillips, LLC.

As one of this Court's colleagues has held, a court's reconsideration of a prior order is an extraordinary remedy which should be utilized sparingly, with the movant bearing a heavy burden of persuading the court with facts or law of a strongly convincing nature that the court should reverse its prior decision. See Taylor Woodrow Const. Corp. v. Sarasota/Manatee Airport Auth., 814 F.Supp. 1072 (M.D. Fla 1993) (citations omitted).[1] In this case, the Plaintiff has

---

[1] The Court notes that a check of Shepard's citation system reflects that this case has been universally cited for these legal principles by other district judges of the Middle District of

failed to satisfy his burden. The Court continues to be convinced that based on the record before the Court, the case of Wyatt v. Haese, 649 So.2d 905 (Fla. Dist. Ct. App. 1995), which the Court principally relied on in finding that substituted service had not been effected on the Defendant Ryan Stern, governs the resolution of whether Mr. Stern was properly brought before the Court by substituted service of process. Informed once again by the decision in Wyatt, the Court continues to conclude that he was not.

Accordingly, the Motion for Reconsideration (Dkt. 8) is denied.

**DONE AND ORDERED** at Tampa, Florida, on March 14, 2014.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

COPIES FURNISHED TO:
Counsel of Record

---

Florida, by district judges sitting in the Northern and Southern Districts of Florida, and by district judges sitting in judicial districts outside of Florida.